IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JOEL CLINTON LLOYD, JR.**                                           **PLAINTIFF**

**V.**                           **CAUSE NO. 1:11CV263-LG-RHW**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY**                                       **DEFENDANT**

### ORDER ADOPTING PROPOSED FINDINGS OF FACT AND RECOMMENDATION AND GRANTING MOTION TO REMAND

This cause comes before the Court on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker in this cause, entered June 21, 2012. Magistrate Judge Walker reviewed the Plaintiff's Motion for Reversal and Remand [12] of the decision of the Commissioner of Social Security denying his claim for Supplemental Social Security Income, as well as all related records and briefing by the parties. He determined that it was necessary to remand the case to the ALJ for further development of the record. Neither party filed an objection to the Magistrate Judge's conclusions or recommendation. In these circumstances, the Court must review the findings and recommendation to make certain they are neither clearly erroneous nor contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After careful review of the findings and recommendation, Court finds none that are clearly erroneous or contrary to law. Therefore, the Magistrate Judge's Proposed Findings of Fact and Recommendation will be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed

Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker [17] entered in this cause on June 21, 2012 should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion for Reversal and Remand [12] is **GRANTED to the extent it seeks a remand of this action**.  The remainder of the Motion is **DENIED.**  This case is hereby **REMANDED** for further administrative action consistent with this Court's findings.

**SO ORDERED AND ADJUDGED** this the 24th day of August, 2012.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE